UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
Case No.: 5:15-cr-243BO

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>V. )<br>)<br>VERNON JEFFERY ROMAIN )<br>Defendant. ) | **ORDER** |

This matter is before the Court on Defendant's motion to seal. For good cause shown and in compliance with Local Criminal Rule 32.2(j), the Defendant's motion is GRANTED.

It is hereby ORDERED that the attached motion, order, sentencing memorandum and exhibits thereto shall be filed under seal.

This the 14 day of June, 2017.

_Terrence Boyle_
HONORABLE TERRENCE W. BOYLE
UNITED STATES DISTRICT COURT JUDGE